**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00136-CR

————————————

## IN RE WILLIAM LESTER RICE, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator William Lester Rice, Jr., incarcerated and proceeding pro se, filed a "[Fif]th Amended Motion to Disqualify," seeking to disqualify the trial court on the alleged basis that the trial court has a "personal interest" in the underlying case.[1] We interpret Relator's motion to be a petition for writ of mandamus.

---

[1] The underlying case is *William Lester Rice, Jr. v. The State of Texas*, Cause No. 857604, in the 185th District Court of Harris County, Texas, the Honorable Andrea Beall presiding.

We deny the petition. Tex. R. App. P. 52.8(a). Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).